HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
rachelle.barbour@fd.org
Attorney for Defendant
YEVGENIY M. VOSHEV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>CHRISTINA P. TERRY *et al.*<br><br>  Defendants. | Case No. 2:18-CR-0070-CKD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME<br><br>DATE: June 28, 2018<br>TIME: 9:30am<br>JUDGE: Hon. Carolyn K. Delaney |

The Federal Public Defender's Office through Rachelle Barbour, counsel for defendant Yevgeniy M. Voshev, Dustin D. Johnson, counsel for defendant Christina P. Terry, Alin Cintean, counsel for defendant Bruce A. Ramirez-Lopez, and the United States Attorney through its respective counsel Eric Chang hereby stipulate to continue the status conferences scheduled for June 28, 2018 at 9:30am until September 13, 2018 at 9:30am, and to exclude time between June 22, 2018 and September 13, 2018 under Local Code T4.

Codefendants Christina P. Terry, Yevgeniy M. Voshev, and Bruce A. Ramirez-Lopez require further time to review discovery, conduct investigation on the facts of the case, and consult with counsel. The parties agree that September 13, 2018 represents the best date for a status conference.

Based on the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date, June 22, 2018**,** through and including September 13, 2018,

pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)(reasonable time to prepare) and General Order 479, Local Code T4.

                                                  Respectfully submitted,

DATE: June 22, 2018                    HEATHER E. WILLIAMS
                                                  Federal Defender

                                                  */s/ Rachelle Barbour*
                                                  RACHELLE BARBOUR
                                                  Assistant Federal Defender
                                                  Attorney for Yevgeniy M. Voshev

DATE: June 22, 2018                    */s/ Dustin Johnson*
                                                  DUSTIN JOHNSON
                                                  Attorney for Christina P. Terry

DATE: June 22, 2018                    */s/ Alin Cintean*
                                                  ALIN CINTEAN
                                                  Attorney for Bruce A. Ramirez-Lopez

DATED: June 22, 2018                  McGREGOR W. SCOTT
                                                  United States Attorney

                                                 */s/ Eric Chang*
                                                  ERIC CHANG
                                                  Special Assistant United States Attorney
                                                  Attorney for Plaintiff

**PROPOSED ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

      The Court orders the time from the date the parties stipulated, up to and including September 13, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the June 28, 2018 status conference shall be continued until September 13, 2018 at 9:30am before Judge Delaney.

Dated: June 26, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE