1   Dustin D. Johnson (SBN: 234008)
    Two Rivers Law, P.C.
2   2701 Del Paso Road, Suite 130-155
    Sacramento, CA  95835
3   Phone: (877) 377-8070
    Fax: (916) 244-9889
4

5   Attorney for Christina Terry

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:18-cr-00070 CKD |
| Plaintiff, | **WAIVER OF DEFENDANT'S PRESENCE** |
| v. | |
| Christina Terry, | |
| Defendant. | |

      Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, CHRISTINA TERRY, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, specifically, appearances for any hearing regarding imposition of judgment and sentencing or modification of conditions of supervised release.

      Defendant hereby requests the Court to proceed during every absence which the Court may permit to this waiver; agrees that defendant's interests will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix the defendant's absence.

      The defendant further acknowledges being informed of the rights under Title 18 U.S.C. §§

3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates under that Act without the defendant's personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: May 3, 2018 /s/ Christina Terry
Defendant

I agree and consent to my Client's waiver of appearance

Dated: April 27, 2018 /s/Dustin D. Johnson
DUSTIN D. JOHNSON
Attorney for Defendant

IT IS SO ORDERED

Dated: June 25, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE