UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> </br>    Plaintiff, </br> </br>    v. </br> </br> CHRISTINA P. TERRY, </br> YEVGENIY M. VOSHEV, and </br> BRUCE A. RAMIREZ-LOPEZ, </br> </br>    Defendants. | 2:18-cr-00070-CKD </br> </br> ORDER TO DISMISS DEFENDANT </br> CHRISTINA P. TERRY </br> </br> DATE: September 13, 2018 </br> TIME: 9:30 a.m. </br> JUDGE: Hon. Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss defendant Christina P. Terry from Case Number 2:18-cr-00070-CKD without prejudice is GRANTED.

Dated: September 13, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE